UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: __LARSEN, Audra Camille__

Chapter 7 Case No. __09-50446__

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORP FOR GE MONEY BANK dba WALMART 25 SE 2ND AVE STE 1120 MIAMI FL 33131 | 4 | $128.18 | $ 1.16 |

Date: __04/13/2010__

J. Richard Stermer,  Trustee